UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:23-CV-1616-FL

| | |
|---|---|
| RAYMOND A. JETT, JR., *et al.*, | |
| Plaintiffs, | |
| v. | ORDER |
| AJ WOODARD, et al., | |
| Defendants. | |

This matter is before the court on *pro se* Plaintiff Raymond Jett's motion for an order requiring Defendant Woodard to disclose his address. [DE-36]. For the reasons that follow, the motion is denied.

On April 18, 2024, Defendant Woodard filed a change of address notifying the court that he moved and that he would receive his mail at P.O. Box 2102 in Whiteville, NC. [DE-30]. On May 31, 2024, Jett sent discovery to Woodard by mail, and it was returned to sender. [DE-36]. Thus, Jett contends Woodard has not properly updated his mailing address. Jett provided a copy of the envelope that was returned, and it bears the address "P.O. Box – 2012" rather than the address listed in the notice, which is P.O. Box 2102. *Compare* [DE-30], *with* [DE-36-1] at 3. Therefore, Jett has not demonstrated that Woodard failed to disclose his address, and the motion is denied.

So ordered, this the **16** day of August, 2024.

Robert B. Jones, Jr.
United States Magistrate Judge