THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

7:23-CV-1616-FL

| | | |
|---|---|---|
| RAYMOND A. JETT, JR., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | ORDER |
| | ) | |
| A.J. WOODARD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the court on *pro se* Defendants' motion to extend by 60 days the time to answer *pro se* Plaintiffs' First Set of Interrogatories. [DE-43]. In support of their motion, Defendants state they require additional time to prepare answers and collect responsive information. *Id.* Plaintiffs have filed a motion in response, seeking to compel Defendants to respond to the discovery requests and to impose sanctions on Defendants. [DE-44].

After careful consideration of the motions, the court finds good cause to allow a 45-day extension to respond to Plaintiffs' discovery and allows Defendants' motion. Accordingly, Defendants shall respond to Plaintiffs' First Set of Interrogatories by no later than **December 12, 2024**, and Plaintiffs' motion to compel and for sanctions is denied without prejudice. Based on this ruling, it is necessary to modify the existing dispositive motions deadline in the Case Management Order. [DE-34]. Accordingly, all potentially dispositive motions shall be filed by **January 13, 2025**. All other deadlines set forth in the Case Management Order shall remain in effect.

So ordered, the 28th day of October 2024.

Robert B. Jones, Jr.
United States Magistrate Judge